UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

| | |
|---|---|
| **JOSEPHINE LOGIUDICE**, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**INTELEMEDIA COMMUNICATIONS, INC.; INTELEMEDIA PREMIER LEADS, LLC**, and DOES 1-25<br><br>Defendant. | Civil Case No.: 17-433 |

**MOTION TO APPEAR *PRO HAC VICE***

Pursuant to Rule 2.02, Local Rules, United States District Court for the Middle District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of Jeremy M. Glapion of the law firm of Glapion Law Firm, 1704 Maxwell Drive, Wall, New Jersey 07719, 732-455-9737, for purposes of appearance as counsel on behalf of Josephine Logiudice in the above-styled case only, and in support thereof states as follows:

1. Jeremy M. Glapion is not admitted to practice in the Middle District of Florida and is a member in good standing of the bars of New Jersey and New York, and is admitted to practice before the United States District Court for the Districts of New Jersey, Colorado, and Illinois.

2. Mr. Glapion is familiar with, and will be governed by, the Local Rules, United States District Court, Middle District of Florida, including Rule 2.04 thereof. Mr. Glapion is familiar with, and will be governed by, the Code of Professional Responsibility and the other ethical limitations or requirements governing the professional behavior of members of the Florida Bar.

2. Movant, William "Billy" Peerce Howard, Esquire, of the law firm of The Consumer Protection Firm, PLLC, 210-A South MacDill Avenue, Tampa, FL 33609, is a member in good

standing of the the Florida Bar and the United States District Court for the Middle District of Florida and is authorized to file through the Court's electronic filing system. Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be responsible for trial, in default of the non-resident attorney.

3. In accordance with the local rules of this Court, Jeremy M. Glapion has tendered payment of this Court's $150 admission fee.

4. Jeremy M. Glapion, by and through designated counsel, hereby requests the Court to provide Notice of Electronic Filings to Jeremy M. Glapion at email address jmg@glapionlaw.com.

WHEREFORE, William "Billy" Peerce Howard, moves this Court to enter an Order allowing Jeremy M. Glapion, to appear before this Court on behalf of Josephine Logiudice, for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Jeremy M. Glapion.

## RULE 3.01(g) CERTIFICATION AND CERTIFICATION OF SERVICE

Pursuant to Rule 3.01(g) of the Local Rules for the United States District Court, Middle District of Florida, the undersigned has conferred with counsel for the Defendant and is authorized to represent that the Defendant does not oppose the entry of an order granting this motion. I further certify that a copy of this Motion has been sent to Defendant's counsel.

**Dated:** October 13, 2017      */s/William "Billy" Peerce Howard*
William "Billy" Peerce Howard, Esquire
Florida Bar No.: 0103330
Billy@TheConsumerProtectionFirm.com
THE CONSUMER PROTECTION FIRM, PLLC
210-A South MacDill Avenue
Tampa, FL 33609
Telephone: (813) 500-1500 x201
Facsimile: (813) 435-2369

Jeremy M. Glapion
**THE GLAPION LAW FIRM, LLC**
1704 Maxwell Drive
Wall, New Jersey 07719
Tel: 732.455.9737
Fax: 732.709.5150
jmg@glapionlaw.com

*Attorneys for Plaintiff*