# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# OCALA DIVISION

JOSEPHINE LOGIUDICE,

        Plaintiff,

v.                                        Case No:  5:17-cv-433-Oc-40PRL

INTELEMEDIA COMMUNICATIONS,
INC., INTELEMEDIA PREMIER LEADS,
LLC and DOES 1-25,

        Defendants.
_____/

## ORDER

This cause is before the Court *sua sponte*.  Local Rule 4.04(b) requires Plaintiff to file for a determination under Fed. R. Civ. P 23(c)(1) as to whether the case is to be maintained as a class action within ninety (90) days following the filing of the initial complaint.  The Court recognizes that the timeframe prescribed in Rule 4.04(b) is abbreviated and therefore waives this deadline.  The parties are **DIRECTED** to confer regarding deadlines pertinent to a motion for class certification and advise the Court of agreeable deadlines in their case management report.  The deadlines should include a deadline for (1) disclosure of expert reports – class action, plaintiff and defendant; (2) discovery – class action; (3) motion for class certification; (4) response to motion for class certification; and (5) reply to motion for class certification.

**DONE AND ORDERED** in Orlando, Florida on November 8, 2017.

*[signature]*

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to: Counsel of Record and Unrepresented Parties