**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION**

JOSEPHINE LOGIUDICE,

        Plaintiff,

v.                                            Case No:  5:17-cv-433-Oc-40PRL

INTELEMEDIA COMMUNICATIONS, INC., INTELEMEDIA PREMIER LEADS, LLC and DOES 1-25,

        Defendants.
_____/

## ORDER

Before the Court are two related cases—(1) *Logiudice v. Intelemedia Communications, Inc.*, No. 5:17-cv-433-Oc-40PRL; and *Johnson v. Intelemedia Communications, Inc.*, No. 5:18-cv-361-Oc-40PRL. The defendants in both actions are the same. Both actions are putative class actions with overlapping proposed classes. Further, the complaints in both cases make similar factual allegations and assert claims under the same provisions of the Telephone Consumer Protection Act. Given the substantial overlapping issues involved, on or before Wednesday, July 25, 2018, Plaintiff is **DIRECTED** to show cause by written response why these cases should not be consolidated. *See* Fed. R. Civ. P. 42(a).

**DONE AND ORDERED** in Orlando, Florida on July 18, 2018.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties