UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

JOSEPHINE LOGIUDICE,

        Plaintiff,

v.                                                      Case No: 5:17-cv-433-Oc-40PRL

INTELEMEDIA COMMUNICATIONS,
INC., INTELEMEDIA PREMIER LEADS,
LLC and DOES 1-25,

        Defendants.
_____/

TARA JOHNSON and MELVIN
BROWN,

        Plaintiffs,

v.                                                      Case No: 5:18-cv-361-Oc-40PRL

INTELEMEDIA COMMUNICATIONS,
INC. and INTELEMEDIA PREMIER
LEADS, LLC,

        Defendants.
_____/

## **ORDER**

        These causes are before the Court following a *sua sponte* review of the files. In Case No. 5:17-cv-433-Oc-40PRL, the Court entered an order to show cause why similar pending cases should not be consolidated. (Doc. 47). Plaintiffs filed a response indicating they do not object to consolidation. (Doc. 48). In Case No. 5:18-cv-361-Oc-40PRL, the Court entered an order to show cause why similar pending cases should not

be consolidated. (Doc. 52). Plaintiffs filed a response indicating they do not object to consolidation. (Doc. 55). Accordingly,

It is **ORDERED AND ADJUDGED** as follows:

1. Logiudice v. Intelemedia Communications, Inc., No. 5:17-cv-433-Oc-40PRL shall be consolidated with Johnson v. Intelemedia Communications, Inc., No. 5:18-cv-361-Oc-40PRL for discovery and trial.

2. The Clerk of Court is **DIRECTED** to consolidate Case No. 5:17-cv-433-Oc-40PRL with Case No. 5:18-cv-361-Oc-40PRL for all purposes.

3. The Court designates Case No. 5:17-cv-433-Oc-40PRL as the lead case. All filings from this point forward shall be filed in the lead case.

4. **On or before August 21, 2018**, the parties shall meet and confer telephonically to prepare a case management report. The parties are advised that this case will not be set any later than on the September 2019 trial term.

5. **On or before September 11, 2018**, the parties shall file an amended case management report.

**DONE AND ORDERED** in Orlando, Florida on August 7, 2018.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties