# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# OCALA DIVISION

| | |
|---|---|
| **JOSEPHINE LOGIUDICE**, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**INTELEMEDIA COMMUNICATIONS, INC.; INTELEMEDIA PREMIER LEADS, LLC**, and DOES 1-25<br><br>Defendant. | Civil Case No.: 17-433 |

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)

Pursuant to F.R.C.P. 41(a)(1)(A)(ii) of the Federal Rules of Civil procedure, Plaintiff Josephine Logiudice, by and through her counsel, hereby gives notice that the above-captioned action is dismissed with prejudice and without costs to either party.

**Dated:** August 28, 2018

*/s/William "Billy" Peerce Howard*
William "Billy" Peerce Howard, Esquire
Florida Bar No.: 0103330
Billy@TheConsumerProtectionFirm.com
The Consumer Protection Firm, PLLC
210-A South MacDill Avenue
Tampa, FL 33609
Telephone: (813) 500-1500 x201
Facsimile: (813) 435-2369

Jeremy M. Glapion
**The Glapion Law Firm, LLC**
1704 Maxwell Drive
Wall, New Jersey 07719
Tel: 732.455.9737
Fax: 732.709.5150
jmg@glapionlaw.com

*Attorneys for Plaintiff*

*/s/Debra Bernard*
Debra Bernard
**Perkins Coie LLP**
131 South Dearborn Street, Suite 1700
Chicago, Illinois 60634
Tel: 312.324.8559
Fax: 312.324.9559
DBernard@perkinscoie.com

*Attorneys for Defendants*