# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# OCALA DIVISION

JOSEPHINE LOGIUDICE,

      Plaintiff,

v.                                Case No: 5:17-cv-433-Oc-40PRL

INTELEMEDIA COMMUNICATIONS,
INC., INTELEMEDIA PREMIER LEADS,
LLC and DOES 1-25,

      Defendants.
_____/

## ORDER

This cause is before the court following review of the Notice of Voluntary Dismissal Pursuant to F.R.C.P. 41(a)(1)(A)(ii), in which the parties stipulate to the dismissal of the above-captioned action in its entirety with prejudice. (Doc. 52). The stipulation of dismissal is self-executing pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). *See Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1278, 1279 (11th Cir. 2012). Accordingly, the Clerk is **DIRECTED** to close the file.

**DONE AND ORDERED** in Orlando, Florida on August 29, 2018.

*(signature)*
PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties