# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA

TARA JOHNSON and MELVIN BROWN,
on behalf of themselves and all others
similarly situated,

    Plaintiffs,

v.                                                                      No. 5:18-cv-00361

INTELEMEDIA COMMUNICATIONS,
INC. and INTELEMEDIA PREMIER
LEADS, LLC,

    Defendants.

---

JOSEPHINE LOGIUDICE, individually and
on behalf of all others similarly situated,

    Plaintiffs,

v.

                                                                        No. 5:17-cv-00433

INTELEMEDIA COMMUNICATIONS,
INC.; INTELEMEDIA PREMIER LEADS,
LLC, and DOES 1-25

    Defendants.

---

## NOTICE OF DISMISSAL

In accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs Tara Johnson and Melvin Brown give notice that their claims are dismissed with prejudice and without costs to either party.

DATED: September 4, 2018              Respectfully Submitted,

By:    */s/ Andrew R. Kaufman*

Mark P. Chalos
Andrew R. Kaufman
Lieff Cabraser Heimann & Bernstein, LLP
222 Second Avenue South, Suite 1640
Nashville, TN 37201
T: (615) 313-9000
F: (615) 313-9965
akaufman@lchb.com
mchalos@lchb.com

Benjamin J. Miller (SBN 25575)
Higgins Firm PLLC
524 Fourth Avenue South
Nashville, TN 37210
T: (615) 353-0930
F: (888) 210-5883
ben@higginsfirm.com

*Attorneys for Plaintiff and
the Proposed Class.*

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on this the 4th day of September, 2018, I filed this document using the Court's CM/ECF system, which will give notice to all counsel of record.

 /s/ Andrew R. Kaufman

1609600.1