# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### OCALA DIVISION

**TARA JOHNSON and MELVIN BROWN,**

     **Plaintiffs,**

**v.**              **Case No:   5:18-cv-361-Oc-40PRL**

**INTELEMEDIA COMMUNICATIONS, INC. and INTELEMEDIA PREMIER LEADS, LLC,**

     **Defendants.**

_____

## ORDER

  This cause comes before the Court on review of Plaintiff's Notice of Voluntary Dismissal with Prejudice (Doc. 54) filed September 4, 2018.   The notice is self-executing pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).   *See Matthews v. Gaither*, 902 F.2d 877, 880 (11th Circ. 1990) (per curiam).   The Clerk is **DIRECTED** to close the companion case, No. 5: 18-cv-361- Oc-40PRL.

  **DATED** in Orlando, Florida, this 5th day of September 2018.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record
Any Unrepresented Party